■ In the Matter of JOHN J. PURCELL, Appellant, v. H. ELIOT KAPLAN et al., Constituting the State Civil Service Commission, et al., Respondents.— Motion for permission to appeal to the Court of Appeals granted, without costs. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ ZELDA MALIN, Respondent, v. WILLIAM J. WARD et al., Appellants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ ROLAND J. FERNEKES et al., Respondents, v. CMP INDUSTRIES, INC., et al., Appellants.— Motion for permission to appeal to the Court of Appeals denied, without costs, and without prejudice, in view of the pendency undetermined of an appeal from the same judgment to this court. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND CARABELLO, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ WILLARD HOTALING, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Motion for permission to appeal to the Court of Appeals granted, without costs. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of MARIE L. LEWIS, Respondent, v. AVCORD REALTY CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Order settled and signed. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the CITY OF NEW YORK et al., Petitioners, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.— Order settled and signed. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.